## S.K.G. ASSOCIATES, INC. *v.* ZONING COMMISSION OF THE TOWN OF NEW MILFORD

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Rudra Tamm,* in support of the petition.

*Thomas P. Byrne,* in opposition.

Decided June 5, 1984

## STATE OF CONNECTICUT *v.* KENT K. HUEY

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 724, is granted, limited to sentencing only.

*Joette Katz,* assistant public defender, in support of the petition.

*Lawrence J. Tytla,* deputy assistant state's attorney, in opposition.

Decided June 20, 1984

## STATE OF CONNECTICUT *v.* BOOKER T. TORRENCE

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 697, is granted.

*Jon C. Blue,* assistant public defender, in support of the petition.

*John M. Massameno,* assistant state's attorney, in opposition.

Decided June 20, 1984